

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMETRIUS DENVER PELCHER,<br><br>Defendant. | Case: 1:24-cr-20501<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 09-11-2024<br>SEALED MATTER (tt) |



FILED
SEP 11 2024
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (18 U.S.C. §§ 2243(a), 1153
### (Sexual Abuse of a Minor)

On or about June 22, 2020, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Demetrius Denver Pelcher, an Indian, knowingly engaged in a sexual act, that is, contact between the penis and the vulva of Minor Victim-1, a 13-year-old female, who was at least four years younger than Demetrius Denver Pelcher, in violation of 18 U.S.C. §§ 2243(a) and 1153.

## COUNT TWO
### (18 U.S.C. §§ 2243(a), 1153
### (Sexual Abuse on a Minor)

On or about April 20, 2022, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Demetrius Denver Pelcher, an Indian, knowingly engaged in a sexual act, that is, contact between the penis and the vulva of Minor Victim-2, a 14-year-old female, who was at least four years younger than Demetrius Denver Pelcher, in violation of 18 U.S.C. §§ 2243(a) and 1153.

Dated: September 11, 2024

THIS IS A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/Roy R. Kranz
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Roy.Kranz@usdoj.gov
(P56903)

| Companion Case information MUST be completed by AU | Criminal Case Co\ | Case: 1:24-cr-20501<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 09-11-2024<br>SEALED MATTER (tt) |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | | |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes          x No | AUSA's Initials:  RRK |

**Case Title:** USA v.  Demetrius Denver Pelcher

**County where offense occurred:**  Isabella

**Check One:**   X Felony       __ Misdemeanor    __ Petty

    __X__ Indictment/ ___ Information ---  **no** prior complaint.
    _____ Indictment/ ___ Information ---  based upon prior complaint []
    _____ Indictment/ ___ Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐  Corrects errors; no additional charges or defendants.
☐  Involves, for plea purposes, different charges or adds counts.
☐  Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date:  September 11, 2024

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.